ORDERED.

Dated:  December 27, 2018

_____
Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

IN RE:                                                                                   CASE NO.: 6:18-bk-06437-KSJ
                                                                                                     CHAPTER 7

**James S. Pendergraft, IV,**

　　Debtor.
_____/

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

　　THIS CASE came on consideration without a hearing on Nationstar Mortgage LLC d/b/a Mr. Cooper's ("Secured Creditor") Motion for Relief from Stay (Docket No. 8).  No appropriate response has been filed in accordance with Local Rule 2002-4.  Accordingly, it is:

**ORDERED:**

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.
2. The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's interest in the following property located at 7904 Anne Court, Clinton, Maryland 20735, in Prince Georges County, Maryland, and legally described as:

1

**A PARCEL OF LAND LOCATED IN THE CITY OF CLINTON, COUNTY OF PRINCE GEORGES, STATE OF MARYLAND, AND KNOWN AS:**
**BEING LOT NUMBER 4 BLOCK 1 IN THE SUBURBAN ESTATES AS SHOWN IN THE RECORDED PLAT/MAP THEREOF IN BOOK WWW 55 PAGE 60 OF PRINCE GEORGES COUNTY RECORDS.**

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtor(s).

4. Secured Creditor is further granted relief in order to contact the Debtor(s) by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

5. Attorneys' fees and costs in the amount of $526.00 are awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtor(s) or the Debtor(s)' Bankruptcy estate.

### 

Attorney, Christopher P. Salamone, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.