**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                              CASE NO.: 6:18-bk-06437-KSJ
                                                    CHAPTER 7

**James S. Pendergraft, IV,**
   Debtor.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on January 10, 2019, I electronically served a true and correct copy of Order Granting Motion For Relief From Stay by Nationstar Mortgage LLC , Document No. 35, with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing was served on this day by either United States Mail or electronic mail through the CM/ECF system to the parties listed below:

ATTORNEYS JUSTIN CLARK & ASSOCIATE, PLLC
500 WINDERLEY PLACE SUITE 100
MAITLAND , FL  32751

JAMES S. PENDERGRAFT, IV
609 VIRGINIA DRIVE
ORLANDO, FL  32803

ARVIND MAHENDRU
CHAPTER 7 TRUSTEE
5703 RED BUG LAKE ROAD SUITE 284
WINTER SPRINGS, FL  32708

UNITED STATES TRUSTEE - ORL7/13
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL  32801

    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
    Attorney for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909
    By: /s/ Christopher P. Salamone
    Christopher P. Salamone, Esquire
    Florida Bar Number 75951
    Email: csalamone@rasflaw.com