UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

JAMES S. PENDERGRAFT, IV,   Case No.: 6:18-bk-06437-KSJ
                            Chapter: 7
    Debtor.
_____/

**PROOF OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Notice and Order Scheduling Preliminary Hearing on Motion for Relief from the Stay (Doc. No. 75) was served on March 06, 2019 by U.S. Mail, First Class to James S. Pendergraft, IV, 609 Virginia Drive, Orlando, FL 32803; and those parties receiving CM/ECF service.

          McCalla Raymer Leibert Pierce, LLC

By:   /s/Austin Noel
     Austin Noel
     Florida Bar No. 106539
     Attorney for Creditor
     110 S.E. 6th Street, Suite 2400
     Ft. Lauderdale, FL 33301
     Phone: 813-774-6221
     Fax: 813-774-6221
     Email: Austin.Noel@mccalla.com

- Justin R Clark jclark@youhavepower.com, mspivak@youhavepower.com
- Camille J Iurillo ciurillo@iurillolaw.com, nhawk@iurillolaw.com;azesch@iurillolaw.com
- Brian R Kopelowitz kopelowitz@kolawyers.com, herrington@kolawyers.com;greenbaum@kolawyers.com
- Arvind Mahendru amtrustee@gmail.com
- Arvind Mahendru amtrustee@gmail.com, amahendru@ecf.epiqsystems.com
- Michael A Nardella mnardella@nardellalaw.com, service@nardellalaw.com
- Austin M Noel austin.noel@mccalla.com, flbkecf@mccalla.com
- Ashley Prager Popowitz Ashley.popowitz@mrpllc.com, FLBKECF@mrpllc.com
- Nathalie C Rodriguez nrodriguez@rasflaw.com
- Christopher P Salamone csalamone@rasflaw.com, csalamone@rasflaw.com
- Wayne B Spivak wspivak@youhavepower.com

- United States Trustee - ORL7/13 USTP.Region21.OR.ECF@usdoj.gov
- Laurie K Weatherford lauriew@c13orl.com
- Laurie K Weatherford ecfdailysummary@c13orl.com