**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James S. Pendergraft, IV** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number   **6:18-bk-06437**

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ☒ Yes. Where is the property?

1.1

**1301 Neelys Bend Rd.**
**Unit 47**
Street address, if available, or other description

**Madison**   **TN**   **37115-5587**
City   State   ZIP Code

**Davidson**
County

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☒ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**PARCEL ID: 052-16-0-A04-70-0CO**

**Debtor has not paid the property taxes on this property since 2016. Debtor is unsure of the status of the property. There is no mortgage.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$64,100.00** | **$64,100.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

| Debtor 1 | James S. Pendergraft, IV | Case number *(if known)* | 6:18-bk-06437 |
|---|---|---|---|

**If you own or have more than one, list here:**

**1.2**

**7904 Anne Ct.**
**Ste. 175**
Street address, if available, or other description

**Clinton**   **MD**   **20735-1508**
City   State   ZIP Code

**Prince Georges**
County

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ■ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**PARCEL ID: 09-0878934**

**Currently in foreclosure case number CAEF18-34171 in Prince Georges' County Circuit Court.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **Current value of the portion you own?**
**$281,300.00**   **$281,300.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**   **$345,400.00**

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

**3.1**
Make: **Mitsubishi**
Model: **Lancer GTS**
Year: **2009**
Approximate mileage: **120,000**
Other information:
VIN: JA3AU86WX9U003138

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **Current value of the portion you own?**
**$3,050.00**   **$3,050.00**

**3.2**
Make: **Lincoln**
Model: **Continental**
Year: **2000**
Approximate mileage: **200,000**
Other information:
VIN #: 1LNHM82W9YY894869

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **Current value of the portion you own?**
**$375.00**   **$375.00**

| Debtor 1 | James S. Pendergraft, IV | Case number *(if known)* | 6:18-bk-06437 |

### 3.3
- **Make:** Harley Davidson
- **Model:** FLHRS Road King Custom
- **Year:** 2006
- **Approximate mileage:** 14,000
- **Other information:** VIN #: 1HD1FXC106Y637881

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

- **Current value of the entire property?** $5,105.00
- **Current value of the portion you own?** $5,105.00

### 3.4
- **Make:** Kawasaki
- **Model:** ZX1400A6F Ninja ZX-14
- **Year:** 2006
- **Approximate mileage:** 2,000
- **Other information:** VIN #: JKBZXNA136A003524

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

- **Current value of the entire property?** $4,710.00
- **Current value of the portion you own?** $4,710.00

### 3.5
- **Make:** Honda
- **Model:** Accord EX
- **Year:** 2002
- **Approximate mileage:** 150,000
- **Other information:** VIN #: 1HGCG16522A081566

  Owned jointly with son and is in poor condition.

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

☐ Check if this is community property (see instructions)

- **Current value of the entire property?** $1,300.00
- **Current value of the portion you own?** $650.00

### 3.6
- **Make:** Mitsubishi
- **Model:** Lancer DE
- **Year:** 2009
- **Approximate mileage:**
- **Other information:** VIN: JA3AU16U89U045765

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

- **Current value of the entire property?** $2,875.00
- **Current value of the portion you own?** $2,875.00

### 3.7
- **Make:** Kawasaki
- **Model:** BN125-A Base
- **Year:** 2005
- **Approximate mileage:**
- **Other information:** VIN: JKABNRA175DA12309

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

- **Current value of the entire property?** $925.00
- **Current value of the portion you own?** $925.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................=> **$17,690.00**

| Debtor 1 | James S. Pendergraft, IV | Case number *(if known)* | 6:18-bk-06437 |
|---|---|---|---|

**Part 3:  Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   | Sofa 50, coffee table 20, end tables (2) 20 , lamps (2) 10, table (2) 100 , chairs (8) 200, bed (2) 175, dresser (2) 100, vanity 50 , cabinet 30 , desk 30, washer & dryer 150, refrigerator 100, freezer 25, lawn furniture 50, microwave 35, utensils 50, cookware 100, dishes 100, small appliances 50, end table 50, couch 50 | $1,545.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   | TV (2) 200 | $200.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

    | Clothing | $50.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes.  Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

| Debtor 1 | James S. Pendergraft, IV | Case number *(if known)* | 6:18-bk-06437 |
|---|---|---|---|

| **Dogs (7) 35** | |
|---|---|
| **Co-owned with Sangeeta Pati** | **$17.50** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................  **$1,812.50**

**Part 4:   Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☒ No
    ☐ Yes...........................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ☒ Yes........................                                    Institution name:

| | 17.1. | **Checking** | **BB&T acct #1678** | **$10,823.18** |
|---|---|---|---|---|
| | 17.2. | **Checking** | **Bank Account for The James S. Pendergraft IV 2005 Irrevocable Trust - debtor is obtaining additional informtion and will  amend accordingly** | **Unknown** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☒ No
    ☐ Yes..................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ☒ Yes.  Give specific information about them...................
    Name of entity:                                                                           % of ownership:

| Debtor 1 | James S. Pendergraft, IV | Case number *(if known)* | 6:18-bk-06437 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **2001 West Oakland Park Blvd, LLC - Value:** Debtor is obtaining information and will file an amendment accordingly. **Assets:** 2001 W Oakland Park, Fort Lauderdale, FL 33311 ID#: 4942 21 00 0285 Value: $1,220,740.00 Owned by 2001 West Oakland Park Blvd Corp - which was converted to a LLC - Debtor has 99% interest in the LLC. **Wells Fargo Analyzed Business Checking acct #7912** Balance as of 10/11/18: $45.40 **Liabilities:** Mortgage on property: $600,000 | **99** | % | **Unknown** |
| **502 South Magnolia Avenue, LLC -Value:** Debtor is obtaining information and will file an amendment accordingly. **Assets:** 502 Magnolia Ave., Tampa, FL 33606 PIN: A-24-29-18-4ZX-000010-00003.0 Value: $535,257.00 **Wells Fargo Analyzed Business Checking acct #7475** Account balance as of 1/11/18: $382.11 **Liabilities:** Mortgage on property: $600,000.00 | **99** | % | **Unknown** |
| **Ocala Women's Center, LLC - Value:** Debtor is obtaining information and will file an amendment accordingly. **Not operational.** **Asset:** Bank of America Business Fundamentals Checking acct #4918 Balance as of 1/31/2018: $204.14 | **99** | % | **$202.10** |
| **Fort Lauderdale Women's Center, LLC - Value:** Debtor is obtaining information and will file an amendment accordingly. **Entity still exists but the medical clinic was closed by the State.** | **99** | % | **$0.00** |

**Summit Medical & Surgical Supply, Inc.**
**Not operational.**

**Assets:**
**Ameriprise Finanical Investment Plan acct #5281**
**$943.72 as of 2/28/18**

**Wells Fargo Business Choice Checking acct #1406**
**Balance as of 11/30/2018: $11.26**          99 %          $945.43

**Wilson Medical Management, LLC - Value: Debtor is obtaining information and will file an amendment accordingly.**

**Co-owned with Dennise Williams, she owns 70%**

**Assets:**
**Wells Fargo Business Choice Checking acct #7695**
**Balance as of 1/31/2018: $1,000.02**

**Assets:**
**Vanguard stock accounts: $8,041.21**          30 %          $2,712.37

**Gorilla Realty Management, LLC**

**Assets:**
**Wells Fargo Analyzed Business Checking acct #7255**

**For other Assets and Liabilities see balance sheet.**          99 %          $0.00

**Pendergraft Investments, LLC**

**Not operational.**

**Assets:**
**Bank of America Business fundamentals Checking acct #0946**
**Balance as of 10/31/2018: $66.09**          99 %          $65.43

**Abortion By Pill Inc. - Not operational.**          99 %          $0.00

**Gorilla Property Management LLC**
**Co-owned with Denise Wiliams.**          65 %          $0.00

**WC Management, LLC - Not operational.**          99 %          $0.00

**Orlando Women's Center - Not operational.**          99 %          $0.00

**609 Virginia Drive, LLC**

**Assets:**
**609 Virginia Drive, Orlando, FL 32803**
**PARCEL ID: 24-22-29-4476-00-017**
**Value: $710,256.00**

**Liability:**
**Mortgages on property: First Mortgage**
**$682,391.64 and Second Mortgage $75,301.09**                **99**    %                **$0.00**

**1103 Lucerne Terrace, LLC - Value: Debtor is obtaining information and will file an amendment accordingly.**

**Assets:**
**1103 Lucerne Terrace, Orlando, FL 32806**
**PARCEL ID: 35-22-29-9440-00-251**
**Value: $455,475**

**BB&T bank acct #4188**
**Balance as of 10/31/2018: $64.00**

**Liability:**
**Mortgage on property: $600,000**                **99**    %                **Unknown**

**108 N.W. Pine Avenue LLC**

**Assets:**
**Wells Fargo Analyzed Business Checking acct #7255**
**Balance as of 1/11/2018: $1,284.19**                **99**    %                **$1,271.35**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
              Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
              Type of account:            Institution name:

              **401(k)**                  **American Century 401(k) Account #7001**              **$96,345.06**

              **IRA**                     **American Century IRA Account #8001**                 **$2,584.31**

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................                    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No

| Debtor 1 | James S. Pendergraft, IV | Case number *(if known)* | 6:18-bk-06437 |
|---|---|---|---|

☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☐ No
    ■ Yes.  Give specific information about them...

> **The James S. Pendergraft IV 2005 Irrevocable Trust - this trust was established in 2005 and contains a spendthrift clause.**
>
> **Date of creation: November 15, 2005**
>
> **Value: Debtor is obtaining information and will file an amendment accordingly.**
>
> **Debtor is co-trustee with Denise Williams**
>
> **Beneficiaries:**
> **Primary Beneficiary: Debtor**
> **Secondary Beneficiaries: Debtor's 5 children.**
>
> **Assets:**
> **Wells Fargo Advisors account #1763: $26,707.21 as of the September 2018 statement.**
>
> **American Century Investments Funds #020 : market value as of 9/30/2018 = $96,345.06**
> **American Century Investments Funds #982 : market value as of 3/31/2018 = $61,955.63**
>
> **1 share voting common stock in the following businesses:**
> **108 N.W. Pine Avenue Corporation**
> **502 South magnolia Avenue Corporation**
> **609 Virginia Drive Corporation**
> **1103 Lucerne Terrace Corporation**
> **2001 West Oakland Park Boulevard Corporation**
> **EPOC Clinic, Inc.**
> **Fort Lauderdale Women's Center, Inc.**
> **Ocala Women's Center, Inc.**
> **Orlando Women's Center, Inc.**
> **Women's Center of Hyde Park, Inc.**
>
> **Voting Rights added to Trust in 2006**

**Unknown**

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

| Debtor 1 | James S. Pendergraft, IV | Case number *(if known)* | 6:18-bk-06437 |
|---|---|---|---|

28. **Tax refunds owed to you**
    - ■ No
    - ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    - ■ No
    - ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    - ■ No
    - ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    - ■ No
    - ☐ Yes. Name the insurance company of each policy and list its value.
        Company name:    Beneficiary:    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    - ■ No
    - ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    - ■ No
    - ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    - ■ No
    - ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    - ■ No
    - ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................................................................**   $114,949.23

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    - ■ No. Go to Part 6.
    - ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ■ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

| Debtor 1 | James S. Pendergraft, IV | Case number *(if known)* | 6:18-bk-06437 |
|---|---|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................  $0.00

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ...................................................................................................  $345,400.00
56. **Part 2: Total vehicles, line 5**              $17,690.00
57. **Part 3: Total personal and household items, line 15**       $1,812.50
58. **Part 4: Total financial assets, line 36**         $114,949.23
59. **Part 5: Total business-related property, line 45**        $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**    $0.00
61. **Part 7: Total other property not listed, line 54**     +    $0.00

62. **Total personal property.** Add lines 56 through 61...  $134,451.73   Copy personal property total   $134,451.73

63. **Total of all property on Schedule A/B**. Add line 55 + line 62             $479,851.73

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **James S. Pendergraft, IV** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | |
| Case number | 6:18-bk-06437 | |
| (if known) | | |

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B............................................................................. $ **345,400.00**
   1b. Copy line 62, Total personal property, from Schedule A/B................................................................ $ **134,451.73**
   1c. Copy line 63, Total of all property on Schedule A/B......................................................................... $ **479,851.73**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $ **2,307,085.51**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................ $ **0.00**
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......... $ **30,194,286.00**

**Your total liabilities** $ **32,501,371.51**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.......................................................... $ **6,840.13**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*.................................................................... $ **5,812.21**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ■ Yes

7. **What kind of debt do you have?**
   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum        Summary of Your Assets and Liabilities and Certain Statistical Information        page 1 of 2

Debtor 1  **James S. Pendergraft, IV**  Case number *(if known)* **6:18-bk-06437**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ **5,468.13**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In RE:  
　　　　　　　　　　　　　　　　　　　　　　Chapter: 13  
　　　　　　　　　　　　　　　　　　　　　　Case No.: 6:18-bk-06437-KSJ  
James S. Pendergraft, IV

　　Debtor (s).
_____/

**DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING**

The undersigned, James S. Pendergraft IV, signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

2/12/19  
Executed on (Date)　　　　　Signature of Debtor　　　　　Signature of Joint Debtor  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Or other claimant

**Verified Document (s):**

**Full Descriptive Title**

Amended Voluntary Petition  
Amended Exhibit D  
Amended Summary of Schedules  
Amended Schedules A thru J  
Amended Declarations Concerning Debtor's Schedules  
Amended Statements of Financial Affairs  
Amended Notice of Consumer Debtor's  
Amended Creditor Matrix  
Amended Statement of Social Security  
Amended Debtor's Statement of Intention

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **James S. Pendergraft, IV** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | 6:18-bk-06437 |
| (if known) | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules    12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ James S. Pendergraft, IV**            X _____
**James S. Pendergraft, IV**                  Signature of Debtor 2
Signature of Debtor 1

Date _____               Date _____

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | James S. Pendergraft IV | Social Security number or ITIN xxx-xx-0559 |
| | First Name    Middle Name    Last Name | EIN __-_____ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN ____ |
| | | EIN __-_____ |
| United States Bankruptcy Court  Middle District of Florida | | Date case filed for chapter 7  10/18/18 |
| Case number:  6:18-bk-06437-KSJ | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline   12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | James S. Pendergraft IV | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 609 Virginia Drive<br>Orlando, FL 32803 | |
| 4. | Debtor's attorney<br>Name and address | Justin R Clark<br>Attorneys Justin Clark & Associates PLLC<br>500 Winderley Place, Suite 100<br>Maitland, FL 32751 | Contact phone 321-282-1055<br><br>Email: jclark@youhavepower.com |
| 5. | Bankruptcy Trustee<br>Name and address | Arvind Mahendru<br>5703 Red Bug Lake Road<br>Suite 284<br>Winter Springs, FL 32708 | Contact phone (407) 504-2462 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline**   page 1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

James S. Pendergraft IV                                      Case No. 6:18-bk-06437-KSJ
                                                             Chapter 7

    Debtor(s).
_____/

**CERTIFICATE OF SERVICE**
**FOR AMENDED SCHEDULES B**

    COMES NOW, the undersigned counsel hereby Amends Schedule B to add or update the following changed and include the original filed assets;

- 2009 Mitsubishi Lancer DE;
- 2005 Kawasaki;
- 108 NW Pine Avenue LLC;
- 1103 Lucerne Terrace amended to include bank account;
- 2001 West Oakland Park amended to include bank account under this LLC and value unknown;
- 502 S Magnolia, amended to include bank account under this LLC;
- Abortion by pill value amended from "unknown" to $0;
- Fort Lauderdale Women's Center value amended from "unknown" to $0;
- Gorilla Property Management value amended from "unknown" to 0;
- Ocala Women's Medical Center amended to include bank account under this LLC and put value to last known balance in bank account;
- Orlando Women's Center amended from "unknown" to $0;
- Pendergraft Investments amended to include bank account;
- Pendergraft Investments amended to update value;
- Summit Medical & Surgical Supply, Inc. amended to include bank account under this LLC and to update value;
- WC Management value amended from "unknown" to $0;
- Wilson Medical management amended to include bank account under this LLC;
- Wilson Medical management amended to update value;
- Gorilla Reality Management amended assets to include bank account, liabilities per balance sheet, and amended value from "unknown" to $0.
- Amended to add Debtor has primary beneficiary to The James S. Pendergraft IV 2005 Irrevocable Trust and clarify the five children are secondary beneficiaries. Also updated WF acct title, number and balance as of September 2018. Lastly, amended to include two American Century accounts.

Also, undersigned counsel hereby amends Schedule D to include M&T Bank as a Creditor.

I HEREBY CERTIFY that copies have been furnished by regular U.S. Mail or electronically via ECF to Trustee Arvind Mahendru, 5703 Red Bug Lake Rd, Suite 284, Winter Springs, FL 32709; United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801; Added Creditor M&T Bank, c/o McCalla Raymer Leibert Pierce, LLC; and to James S. Pendergraft IV, 609 Virginia Dr., Orlando, FL 32803 on this 14th day of March, 2019.

Respectfully Submitted,

By: /s/ Justin R. Clark
Justin R. Clark, Esq.
Florida Bar No. 829471
Justin Clark & Associates, PLLC
Attorney for Debtor
500 Winderley Place, Unit 100
Maitland, FL 32751
Tel: 321-282-1055
Fax: 321-282-1051
Email: jclark@youhavepower.com

Debtor  James S. Pendergraft IV                                                                                     Case number **6:18-bk-06437-KSJ**

| 6. | **Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 407-237-8000<br><br>Date: October 19, 2018 |
|---|---|---|---|
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073-1 restricts the entry of personal electronic devices into the Courthouse. | **November 27, 2018 at 08:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. \*\*\*** | Location:<br><br>**George C. Young Courthouse, Suite 1203-B, 400 West Washington Street, Orlando, FL 32801** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• If you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: January 28, 2019** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day | |

Case 6:18-bk-06437-KSJ  Doc 80  Filed 03/14/19  Page 20 of 20
Case 6:18-bk-06437-KSJ  Doc 4  Filed 10/19/18  Page 3 of 3

except when routine maintenance is performed. To access McVCIS toll free call 1-866-222-8029.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline**  page **2**