

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/01/2019 11:00 AM

COURTROOM  6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:18-bk-06437-KSJ | 7 | 10/18/2018 |

**Chapter 7**

**DEBTOR:**   James Pendergraft

**DEBTOR ATTY:**   Justin Clark

**TRUSTEE:**   Arvind Mahendru

**HEARING:**

1)   Motion by Trustee to Compel Debtor to comply with Court Order   (Doc #108) for Turnover as to Documents Held by Debtor (Doc #138)
2)   Motion by Trustee to Compel Compliance with the Court's Agreed Order (Doc #123) Granting Trustee's Report and Notice of Intention to Sell Property of the Estate (Doc #139)

Note:
Future Hearing: 10/1/2019 at 11:00 a.m.
Pending:
Motion by Trustee for Turnover of Property - specifically: Excess of Allowed Exemptions for Lincoln Continental, Household Furnishing and BB&T bank account (Doc #146) filed with 30 days neg ntc on 9/26/19

**APPEARANCES:**:: Wayne Spivak and Jacqueline Laverne (Debtor Attys); Michael Nardella (Trustee Atty);

**RULING:**
1)   Motion by Trustee to Compel Debtor to comply with Court Order   (Doc #108) for Turnover as to Documents Held by Debtor (Doc #138) - Granted:Order by Nardella;

2)   Motion by Trustee to Compel Compliance with the Court's Agreed Order (Doc #123) Granting Trustee's Report and Notice of Intention to Sell Property of the Estate   (Doc #139) - Granted:Order by Nardella;

  The Court will issue and Order to Show Cause Why the Debtor Should not be Found in Contempt and has until November 1, 2019 to comply with court orders:Order by Nardella.   Cont. to 11/13/19 at 11:00 a.m.

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.