ORDERED.

Dated:  October 11, 2019

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

JAMES S. PENDERGRAFT, IV,                              Case No. 6:18-bk-06437-KSJ
                                                       Chapter 7
        Debtor.
_____/

**ORDER GRANTING TRUSTEE'S MOTION TO COMPEL
COMPLIANCE WITH THE COURT'S ORDER FOR
TURNOVER AS TO DOCUMENTS HELD BY DEBTOR
(DOC. 138) AND TRUSTEE'S MOTION TO COMPEL COMPLIANCE
WITH THE COURT'S AGREED ORDER GRANTING TRUSTEE'S REPORT
AND NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE (DOC. 139)**

THIS CASE came on for hearing October 1, 2019, upon Arvind Mahendru's, as Chapter 7 Trustee (the "Trustee"), Motion to Compel Compliance with the Court's Order for Turnover as to Documents Held by Debtor (Doc. 138) (the "Document Motion") and Trustee's Motion to Compel Compliance with the Court's Agreed Order Granting Trustee's Report and Notice of Intent to Sell Property of the Estate (Doc. 139) (the "Sale Motion").  After reviewing the pleadings and considering the position of the parties, it is

**ORDERED**:

1. The Document Motion is **GRANTED**.

2. The Sale Motion is **GRANTED**.

3. On or before November 1, 2019, Debtor, James S. Pendergraft, IV, shall fully comply with this Court's *Order Granting Amended Motion for Turnover of Documents Held by the Debtor* (Doc. 108) and this Court's *Agreed Order Granting Trustee's Report and Notice of Intention to Sell Property of the Estate* (Doc. 123).

4. Contemporaneously with the entry of this Order, the Court is entering an Order to Show Cause to Debtor regarding compliance with these Orders.

Attorney Michael A. Nardella is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of this order.