ORDERED.

Dated: October 31, 2019

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

JAMES S. PENDERGRAFT, IV,                              Case No. 6:18-bk-06437-KSJ
                                                       Chapter 7
    Debtor.
_____/

## ORDER GRANTING MOTION FOR TURNOVER OF PROPERTY OF DEBTOR (DOC. 146)

THIS CASE came on for consideration without hearing, of the Trustee's Motion for Turnover of Property of the Debtor (the "Motion") (Doc. 146) filed pursuant to the negative notice provisions of Local Rule 2002-4. The Court, considering the Motion and the absence of any record objection to the relief requested in the Motion by any party in interest, deems the Motion to be uncontested. Accordingly, it is:

**ORDERED**:

1. The Motion is **GRANTED**.

2. The debtor is directed to turn over the excess of allowed exemptions in the amount of $11,744.18 to the Trustee within five days of entry of this order.

Attorney Michael A. Nardella is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of this order.