**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

James S. Pendergraft, IV                                    Case No. 6:18-06437-KSJ
                                                            Chapter 7

       Debtor(s).

_____/

**MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTOR**

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

      Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 30 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated.

      If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, FL 32801 and serve a copy on the movant's attorney, Wayne B. Spivak, Esq., Attorneys Justin Clark & Associates, PLLC, 500 Winderley Place, Unit 100, Maitland, FL 32751, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

      If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

      COMES NOW, the undersigned counsel files this Motion to Withdraw as Counsel for the

Debtor, and in support thereof would state as follows:

      1.  The Debtor and Debtors Counsel have irreconcilable differences regarding issues

          within and progression of this case, and can no longer represent the Debtor going

          forward.

WHEREFORE, Debtor's counsel respectfully requests this Honorable Court enter an Order Granting Debtor's Counsel's Motion to Withdraw, and for such other relief that may be deemed just and proper in circumstances.


**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been provided to Trustee Arvind Mahendru, 5703 Red Bug Lake Road, Suite 284, Winter Springs, FL 32708, via electronic transmission and to Debtor James S. Pendergraft, IV, 609 Virginia Drive, Orlando, FL 32803 via US Mail, on this 1st day of November 2019.


Respectfully Submitted,

By: /s/ Justin R. Clark
Justin R. Clark, Esq.
Florida Bar No. 829471
Justin Clark & Associates, PLLC
Attorney for Debtor
500 Winderley Place, Unit 100
Maitland, FL 32751
Tel: 321-282-1055
Fax: 321-282-1051
Email: jclark@youhavepower.com