**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

JAMES S. PENDERGRAFT, IV,                     Case No. 6:18-bk-06437-KSJ
                                              Chapter 7
    Debtor.
_____/

**PROOF OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Order Approving Trustee's Motion to Sell Real Property (Doc. 168)* was served on November 21, 2019 via electronic notice through CM/ECF system to all parties registered to receive notices via CM/ECF, and via U.S. Mail on November 22, 2019, postage pre-paid to the non-CM/ECF participants on the attached creditors matrix.

Dated this 22nd day of November 2019.

                                              Respectfully submitted,

                                              *Michael A. Nardella*
                                              Michael A. Nardella, Esq.
                                              Florida Bar No. 051265
                                              Nardella & Nardella, PLLC
                                              135 W. Central Blvd., Suite 300
                                              Orlando, FL 32801
                                              (407) 966-2680
                                              mnardella@nardellalaw.com
                                              service@nardellalaw.com

                                              **COUNSEL FOR ARVIND MAHENDRU**
                                              **AS CHAPTER 7 TRUSTEE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:18-bk-06437-KSJ<br>Middle District of Florida<br>Orlando<br>Fri Nov 22 10:22:43 EST 2019 | BK Global Real Estate Services<br>1095 Broken Sound Parkway<br>Suite 200<br>Boca Raton, FL 33487-3503 | Bayview loan servicing, LLC<br>c/o Brian Kopelowitz, Esquire<br>One West Las Olas Boulevard<br>Suite 500<br>Fort Lauderdale, FL 33301-1928 |
| C.H. as Settlor of the J.F. Special Needs Tr<br>c/o Iurillo Law Group, P.A.<br>5628 Central Avenue<br>St. Petersburg, FL 33707-1718 | CenterState Bank<br>Zimmerman, Kiser & Sutcliffe, P.A.<br>Richard B. Webber II, Esquire<br>Post Office Box 3000<br>Orlando, FL 32802-3000 | Frank F Fernandez<br>2503 W. Swann Avenue #100<br>Tampa, FL 33609-4017 |
| Camille Iurillo, Esq.<br>5628 Central Avenue<br>St Petersburg, FL 33707-1718 | Anjali Pati<br>77 Interlachen Road<br>Orlando, FL 32804-3448 | James S. Pendergraft IV<br>609 Virginia Drive<br>Orlando, FL 32803-1844 |
| The Center for Special Needs Trust Administr<br>Trustee of the J.F. Special Needs Trust<br>c/o Iurillo Law Group, P.A.<br>5628 Central Ave.<br>St. Petersburg, FL 33707-1718 | Steven M. Vanderwilt<br>9940 Hood Road<br>Jacksonville, Fl 32257-1134 | Turiya Velez<br>3200 Marshfield Way<br>Kissimmee, FL 34746 |
| Alexander Zesch, Esq.<br>5628 Central Avenue<br>St Petersburg, FL 33707-1718 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bayview Financial Loan<br>Attn: Bankruptcy Dept<br>4425 Ponce De Leon Blvd<br>5th Floor<br>Coral Gables, FL 33146-1873 | Bayview Loan Servicing, LLC<br>4425 Ponce de Leon Blvd., 5th Floor<br>Coral Gables, Florida 33146-1837 |
| C.H. as Settlor of the<br>JF Spcl Needs Trust Admn Inc<br>C/O the Fernandez Firm<br>2503 W. Swann Ave, Ste 100<br>Tampa, FL 33609-4017 | Cap1/kawas<br>Capital One Retail Srvs/Attn: Bankruptcy<br>Po Box 30258<br>Salt Lake City, UT 84130-0258 | Capio Partners LLC<br>Attn: Bankruptcy<br>Po Box 3498<br>Sherman, TX 75091-3498 |
| Capital One/Neiman Marcus/Bergdorf Goodm<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Citimortgage<br>Attn: Centralized Bankruptcy<br>Po Box 9438<br>Gettsburg, MD 20898-9438 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| (p)GOLD KEY CREDIT INC<br>PO BOX 15670<br>BROOKSVILLE FL 34604-0122 | Harley Davidson Financial<br>Attn: Bankruptcy<br>Po Box 22048<br>Carson City, NV 89721-2048 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| J.F. Special Needs Trust<br>Ctr for Special Needs Trust Admin., Tee<br>c/o Iurillo Law Group, P.A.<br>5628 Central Avenue<br>St. Petersburg, FL 33707-1718 | M&T Bank<br>c/o McCalla, Raymer, Leibert, Pierce, LL<br>110 S.E. 6th St.<br>Suite 2400<br>Fort Lauderdale, FL 33301-5056 | Mr. Cooper<br>Attn: Bankruptcy<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 |

| | | |
|---|---|---|
| Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Pentagon Federal Cr Un<br>Po Box 1432<br>Alexandria, VA 22313-1432 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Real Time Resolutions<br>Attn: Bankruptcy<br>Po Box 36655<br>Dallas, TX 75235-1655 | Sangeeta Pati<br>77 Interlaken Rd.<br>Orlando, FL 32804-3448 | USAA Federal Savings Bank<br>Attn: Bankruptcy<br>10750 Mcdermott Freeway<br>San Antonio, TX 78288-1600 |
| Winderman Malek, PL<br>1900 W New Haven Ave. #201<br>Melbourne, FL 32904-3914 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | United States Trustee - ORL7/13 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Camille J Iurillo +<br>Iurillo Law Group, P.A.<br>5628 Central Avenue<br>St. Petersburg, FL 33707-1718 | Richard B Webber II+<br>Zimmerman Kiser & Sutcliffe PA<br>315 East Robinson Street<br>Suite 600<br>Orlando, FL 32801-4341 | Michael A Nardella +<br>Nardella & Nardella, PLLC<br>135 West Central Boulevard, Suite 300<br>Orlando, FL 32801-2435 |
| Michael A Nardella +<br>Nardella & Nardella, PLLC<br>250 East Colonial Drive, Ste 102<br>Orlando, FL 32801-1231 | Justin M Luna +<br>Latham, Luna, Eden & Beaudine, LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Arvind Mahendru +<br>5703 Red Bug Lake Rd #284<br>Winter Springs, FL 32708-4969 |
| Arvind Mahendru +<br>5703 Red Bug Lake Road<br>Suite 284<br>Winter Springs, FL 32708-4969 | Ashley Prager Popowitz +<br>McCalla Raymer Liebert Pierce, LLC<br>110 SE 6 St # 2400<br>Fort Lauderdale, FL 33301-5056 | Brian R Kopelowitz +<br>Kopelowitz Ostrow<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, FL 33301-1928 |
| Christopher P Salamone +<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Daniel A Velasquez +<br>Latham, Luna, Eden & Beaudine, LLP<br>Post Office Box 3353<br>111 N. Magnolia Avenue, Suite 1400<br>Orlando, FL 32801-2367 | April G Harriott +<br>Roberson, Anschutz & Schneid, PL<br>6409 Congress Avenue<br>Boca Raton, FL 33487-2853 |
| Nathalie C Rodriguez +<br>Robertson Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>Attn: Bankruptcy<br>Po Box 168088<br>Irving, TX 75016 | Bank Of America<br>Attn: Bankruptcy<br>Po Box 982238<br>El Paso, TX 79998 | Gold Key Credit<br>Attn: Bankruptcy<br>Po Box 15670<br>Brooksville, FL 34604 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)M&T Bank

(u)Nationstar Mortgage LLC d/b/a Mr. Cooper,

(u)Sangeeta Pati

(u)Brian Xavier Pendergraft

(u)Byron Alexander Pendergraft

(u)James S Pendergraft V

(u)Denise Williams

(d)Bayview Financial Loan
Attn: Bankruptcy Dept
4425 Ponce De Leon Blvd.
5th Floor
Coral Gables, FL 33146-1873

(d)Laurie K Weatherford +
PO Box 3450
Winter Park, FL 32790-3450

(d)Arvind Mahendru +
5703 Red Bug Lake Road
Suite 284
Winter Springs, FL 32708-4969

End of Label Matrix
Mailable recipients    51
Bypassed recipients    10
Total                  61